

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-15-00575-CV

**B&P DEVELOPMENT, LLC** and Chad H. Foster, Jr.,
Appellants

v.

**KNIGHTHAWK, LLC**, Series G.,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29842
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The clerk's record was due October 23, 2015, but was not filed. On October 27, 2015, the clerk filed a notification of late record stating the clerk's record was not filed because appellants have not paid or made arrangements to pay the clerk's fee to prepare the record and appellants are not entitled to the record without paying the fee.[1]

Accordingly, we **ORDER** appellants to provide written proof to this court on or before **November 6, 2015** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellants are entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellants fail to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

We **order** the clerk of this court to serve a copy of this order on the district clerk, the court reporter, and all counsel.

_____
Marialyn Barnard, Justice

---

[1] We note that this court has also been advised that appellants have failed to pay for the reporter's record, and the reporter intends to file a notification of letter record stating same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2015.



_____

Keith E. Hottle
Clerk of Court